

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION



### AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Mark Smith, Special Agent with the Diplomatic Security Service ("DSS"), of the United States Department of State (hereinafter the "affiant"), being duly sworn, depose and state as follows:

### AFFIANT'S BACKGROUND

1. I am presently employed as a Special Agent with the Diplomatic Security Service, United States Department of State (hereinafter "State Department"), and am currently assigned to the Washington Field Office. I have been employed with the State Department since June 2009. I have completed criminal investigation training through the Federal Law Enforcement Training Center at Glynco, Georgia, and the State Department Diplomatic Security Training Center.

2. As a Diplomatic Security Special Agent, I routinely investigate cases of fraudulently obtained passports, imposters, fraudulent identity documents, and passport fraud in the jurisdiction of the Washington Field Office (Virginia, Maryland, District of Columbia, Delaware, and West Virginia). Based on my knowledge, experience and training, a common occurrence in passport fraud cases is the presence of false identity documents to assist in the procurement of United States passports.

3. During my tenure as a federal law enforcement officer in Washington, D.C., and the surrounding metropolitan area, I have taken part in numerous federal and local criminal investigations involving passport fraud, fraud and misuse of visas and passports, and aggravated identity theft.



4. I respectfully submit this affidavit in support of an application for a warrant to arrest Amechi ONYEACHOLEM. For the reasons set forth in this affidavit, there is probable cause to believe that she has committed violations of Title 18, United States Code, Sections 1542 (Passport Fraud) and 1028A(a)(1) (Aggravated Identity Theft).

5. The facts and information contained herein are based upon information and evidence obtained during the course of this investigation, conveyed to me by other law enforcement officials, my review of records, documents, interviews with several witnesses, and my personal knowledge and experience. This affidavit does not contain every fact uncovered during this investigation, but is designed to establish probable cause for the issuance of the requested arrest warrant.

## STATUTORY AUTHORITY

6. This investigation concerns alleged violations of Title 18, United States Code, Sections 1542, Passport Fraud, 1542 Fraud and Misuse of visas, permits and other documents, and 1028A(a)(1), Aggravated Identity Theft. Those statutes provide in pertinent part:

> 18 United States Code, Section 1542:
>
> Whoever willfully and knowingly makes any false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws. . .
>
> Title 18, United States Code, Section 1028A(a)(1):
>
> (a)(1) In general. -Whoever, during and in relation to any felony violation enumerated in subsection (c), knowingly transfers, possesses, or uses, without lawful authority, a



means of identification of another person shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 2 years.

(c) For purposes of this section, the term "felony violation enumerated in subsection (c)" means any offense that is a felony violation of -

(7) any provision contained in chapter 75 (relating to passports and visas)[.]

## SUMMARY

7. This affidavit is made in connection with the investigation by Special Agents with the DSS of **AMECHI ONYEACHOLEM** (a/k/also known as Laudeth Battu Anthony, ) (hereinafter "ONYEACHOLEM").

## THE INVESTIGATION AND PROBABLE CAUSE

8. For the reasons set forth below, there is probable cause to believe that evidence of passport application fraud and aggravated identity theft will be located at the premises.

9. In June 2010, DSS Special Agent Granville Jeffries received an anonymous telephone call. The caller stated that the caller knew of a person who had applied for and received a United States passport using the stolen identity of an American citizen, and the caller provided an address in Greenbelt, Maryland to which the passport had been mailed. Special Agent Jeffries ascertained from a law enforcement computer database that the address provided by the caller was the residence of defendant ONYEACHOLEM. Further investigations revealed that on December 30, 1998, defendant ONYEACHOLEM completed a false application for a United States passport in the name of "Laudeth Battu Anthony" and used the true date of birth, place of birth, and social security number, and parental information of Laudeth Battu Anthony, with whom defendant



ONYEACHOLEM had previously resided at an apartment located at 1328 W Street NW Washington, DC 20009. Defendant ONYEACHOLEM's photograph was on the original passport application form. DSS Special Agents confirmed that as a result of this application Passport Number 015823203, with an issuance date of January 7, 1999, was issued in the name of Laudeth Battu Anthony.

10. Additional investigations by DSS Special Agents confirmed that a passport renewal application dated September 10, 2009, had been mailed to the National Passport Processing Center in Philadelphia, Pennsylvania, that defendant ONYEACHOLEM's photograph was on that renewal application, and that, based upon the application, United States Passport #461004589 bearing defendant ONYEACHOLEM's photograph was issued in the name of Laudeth Battu Anthony and mailed to 6158 Springhill Terrace Greenbelt, MD 20770.

11. DSS Special Agents subsequently interviewed Laudeth Battu Anthony, and learned that defendant ONYEACHOLEM had lived with her for almost one year between 1998 and 1999. While living together, defendant ONYEACHOLEM had access to her personal identification documents and other information relating to the her and her family.

12. The investigation has established that on or about September 6, 2010, defendant ONYEACHOLEM left the United States and flew to Nigeria via a series of flights originating at Baltimore-Washington International Airport, and that she has not yet returned to the United States.

13. On November 17, 2010, DSS Special Agent Mark Smith spoke with Witness One, the father of defendant ONYEACHOLEM'S two minor children, after a child

4



support hearing in Prince George's County Circuit Court, Prince George's County, Maryland. According to Witness One, on November 16, 2010, a woman who Witness One knows personally to be defendant ONYEACHOLEM's current roommate called and stated that she recently saw three passports inside the apartment that she shares with defendant OYEACHOLEM. The roommate further advised that two of the passports were for the children and one had the first name of either "Lynette" or "Laudeth" and the last name "Anthony" and bore defendant ONYEACHOLEM's photograph. I believe this to be the original expired passport, which would have been returned to defendant ONYEACHOLEM after the renewal application was processed and completed. The roommate also told Witness One that there were three social security cards in the apartment. According to Witness One, eviction proceedings may be pending against defendant ONYEACHOLEM.

14. According to Witness One, defendant ONYEACHOLEM left a voice mail message on Witness One's telephone, stating that she would be returning to the United States on November 20, 2010, but she has not returned to the United States as of November 24, 2010.

15. On or about October 1, 2010, DSS agents received confirmation from Southern Management Corporation, the management company for the apartment complex Fountain Club, located at 7600 Fontainebleau Drive, New Carrollton, Maryland, that defendant ONYEACHOLEM is the lessee of, and currently resides at, 7600 Fontainebleau Drive, apartment 503, New Carrollton, Maryland, and has resided there since October 2009. Witness One has stated that he personally knows this to be the residence of defendant ONYEACHOLEM and the roommate.



16. On November 24, 2010, DSS agents conducted a search of that apartment based on a search warrant signed by this Court the same day. Although there was indicia of occupancy present, e.g., food in the refrigerator, clothing & furniture, no occupants were present and no passports were recovered. However, identity documents for Amechi ONYEACHOLEM and various documents bearing the name of victim Laudeth B. Anthony, to include partially completed passport applications, were recovered from the apartment. Ms. Anthony lives in the District of Columbia and confirmed to this affiant that she has had no contact with ONYEACHOLEM since they were roommates in the late 1990s.

19. Based upon the foregoing, your affiant asserts that probable cause exits to believe Amechi ONYEACHOLEM has violated 18 U.S.C. § 1542 and 18 U.S.C. § 1028A.

Mark Smith
Special Agent
Diplomatic Security Service
United States Department of State

Subscribed and sworn before me this 24th day of November, 2010.

William Connelly
United States Magistrate Judge