_____ ENTERED
_____ LOGGED   _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAN 0 8 2013
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| UNITED STATES OF AMERICA | | |
|---|---|---|
| | * | |
| vs. | | Case No. AW 12-587 |
| AMECHI ONYEACHOLEM | * | |

\*\*\*\*\*\*

## ORDER FOR MEDICAL EVALUATION
## AND APPROPRIATE TREATMENT OF DETAINEE

The Defendant and/or counsel having reported that the Defendant suffers from the following conditions and/or has been prescribed the following medications:

and the Court having the following additional concerns: (R) leg prosthetic broken near foot - painful; CTF acknowledges need for treatment - but does not have resources

IT IS ORDERED that the United States Marshal and/or his contracting agencies:

1. Cause the Defendant to promptly receive an evaluation by an appropriate health care provider:

2. Cause the Defendant to receive care and treatment consistent with the standard of care for the illness(es) and/or condition(s) revealed by the evaluation;

3. Make appropriate records and reports concerning the above illnesses, conditions, and treatment, and, if requested, provide the same to the Court; and

4. Deliver a copy of this order to the personnel in charge of the Defendant at the place of detention.

January 8, 2013
Date

_____
Charles B. Day
United States Magistrate Judge