ATTACHMENT A
STATEMENT OF FACTS: AMECHI ONYEACHOLEM

MAR 2 5 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The United States and the Defendant agree that if this case proceed to trial, the United States would prove the following facts below beyond a reasonable doubt. The parties agree that these are not all of the facts that would have been proved if this case proceeded to trial.

**AMECHI ONYEACHOLEM ("ONYEACHOLEM")** was born in Nigeria in 1968 and entered the United States on a tourist visa on February 13, 1997. **ONYEACHOLEM** applied for political asylum (Temporary Residence) the following month.

In 1998, **ONYEACHOLEM** became roommates with a U.S. citizen with the initials L.B.A. On some date before January 7, 1999, **ONYEACHOLEM** used L.B.A.'s birth certificate and manufactured a D.C. identification card in L.B.A.'s name that bore **ONYEACHOLEM**'s picture. On January 7, 1999, **ONYEACHOLEM** appeared before a passport specialist at the Washington Passport Agency, submitted a falsified form DS-11, Application For U.S. Passport, in L.B.A.'s name, and successfully obtained a U.S. passport.

On February 3, 2006, **ONYEACHOLEM**'s petitions for resident status were finally denied and she was ordered deported. On September 10, 2009, **ONYEACHOLEM** executed and mailed a completed form DS-82, Application for U.S. Passport By Mail, from Maryland to the Philadelphia Passport Agency requesting renewal of the earlier passport she had obtained in L.B.A.'s identity. On the DS-82, **ONYEACHOLEM** falsely listed L.B.A.'s name, date of birth, and Social Security Number rather than her own. **ONYEACHOLEM** thereafter received a reissued passport in L.B.A.'s identity at her address in Greenbelt, Maryland.

In September, 2010, **ONYEACHOLEM** departed the United States while traveling on the L.B.A. passport. **ONYEACHOLEM** flew from Atlanta, Georgia, to Lagos, Nigeria. On some date in September, 2012, **ONYEACHOLEM** returned to the United States, again traveling on the L.B.A. passport.

I have read this statement of facts, and have carefully reviewed it with my attorney. I acknowledge that it is true and correct.

2/7/13
Date

_Amechi Onyeacholem_
Amechi Onyeacholem

I am Amechi Onyeacholem's attorney. I have carefully reviewed the statement of facts with her.

2/7/13
Date

_LaKeytria W. Felder_
LaKeytria Felder, Esq.

-9-