**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.: AW-12-0587 |
| **AMECHI ONYEACHOLEM** | * | |

\*   \*   \*   \*   \*

## CONSENT MOTION FOR MEDICAL CARE AND TREATMENT

Defendant, Amechi Onyeacholem, through counsel, hereby moves this Court for a Medical Order to address her ongoing medical needs that are currently not being met at the Chesapeake Detention Facility in Baltimore, Maryland. At re-arraignment, the government indicated that it had no objection to this request. In support of this motion, the following is asserted:

1. On November 7, 2012, Ms. Onyeacholem was charged in a three-count Indictment with allegations that she violated 18 U.S.C. § 911 (false claim to US citizenship), 18 U.S.C. § 1542 (passport fraud), and 18 U.S.C. § 1028A(a)(1) (aggravated identity theft).

2. On December 11, 2012, Ms. Onyeacholem appeared for initial appearance before the Court. On March 25, 2013, Ms. Onyeacholem pleaded guilty to Counts Two And Three (Passport Fraud and Aggravated Identity Theft) of the Indictment. She is scheduled for sentencing on June 27, 2013 before this Court.

3. This motion concerns Ms. Onyeacholem's need for medical care. Ms. Onyeacholem's right leg is amputated below the knee. She walks with the assistance of a prosthetic device. Ms. Onyeacholem has been in custody since October 2012. During the course of her incarceration, the prosthetic became broken and is now ill-fitting, which causes cuts and bruising on her leg. To

account for this, Ms. Onyeacholem must also rely on a cane for mobility.

4. On January 8, 2013, the magistrate judge entered a Medical Order directing the Marshals to obtain proper care and treatment for the issue. *See* **Docket Entry #18**. There was no action taken for nearly 30 days. Undersigned counsel submitted a letter request to the United States Marshal Service. Ms. Onyeacholem was subsequently moved to Chesapeake Detention Center for care and treatment around February 8, 2013.

5. Upon information and belief, Ms. Onyeacholem has been advised that her prosthetic needs to be replaced. However, the facility is concerned with the costs and resources of doing so; and therefore, no further care has been provided.

6. We respectfully request that a full physical examination is conducted and that Ms. Onyeacholem is fitted with a proper prosthetic. The broken and ill-fitted prosthetic is causing physical injury and pain and should be treated promptly. Ms. Onyeacholem is entitled to medical care while in custody. *See Bell v. Wolfish*, 441 U.S. 520 (1979).

**WHEREFORE**, Ms. Onyeacholem respectfully moves this Court for an Order directing the United States Marshal Service to provide necessary and appropriate care, including, but not limited to a full physical examination for care and replacement of her prosthetic.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

    /S/
_____
LAKEYTRIA W. FELDER  (#93579)
Assistant Federal Public Defender
Office of the Federal Public Defender
6411 Ivy Lane, Suite 710

Phone: (301) 344-0600
Fax: (301) 344-0019
Email: lakeytria_felder@fd.org