**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.: AW-12-0587 |
| **AMECHI ONYEACHOLEM** | * | |

\* \* \* \* \*

## ORDER

Upon consideration of the Defendant's unopposed motion for medical care and treatment, this ____ day of _____, 2013, **IT IS HEREBY ORDERED** that the United States Marshal Service is directed to provide a medical examination and evaluation for replacement of Ms. Onyeacholem's prosthetic within 10 days from the date of this Order.

_____
THE HONORABLE ALEXANDER WILLIAMS, JR.
United States District Judge