IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: AW-12-0587 |
| AMECHI ONYEACHOLEM | * | |

\* \* \* \* \*

### ORDER

Upon consideration of the parties' Consent Motion for Medical Care and Treatment, on this ___ day of August, 2013, the Motion is **GRANTED** and **IT IS HEREBY ORDERED** that:

The United States Marshal Service is ordered to direct the Chesapeake Detention Center, and its medical services contractors, to arrange and provide for Amechi Onyeacholem's consultation and treatment with a prosthetic specialist for the repair and/or replacement of the prosthetic device for her right leg. Until the repair and/or replacement of the prosthetic device, Ms. Onyeacholem shall receive the accommodation of a wheel chair for mobility.

**IT IS FURTHER ORDERED** that the consultation and treatment with a prosthetic specialist must occur within the next seven (7) business days. The United States Marshal Service is ordered to provide a status report to the Court and the parties on or before September 9, 2013 regarding Ms. Onyeacholem's care and treatment.

ALEXANDER WILLIAMS, JR.
United States District Judge